## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**TILL S. DERR, KAI DERR, KATJA DERR,**
**and URSULA MARGRET DERR**                                        **PLAINTIFFS**

**v.**                                                    **CAUSE NO. 1:13CV14 LG-JMR**

**THOMAS L. SWAREK and**
**THOMAS ANTHONY SWAREK**                                          **DEFENDANTS**

### JUDGMENT

This matter having come on to be heard on the motions for judgment as a

matter of law filed by the parties, the Court, after review and consideration, finds

that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of

defendants Thomas L. Swarek and Thomas Anthony Swarek.  This case is

**DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 2nd day of December, 2013.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE